So Ordered.

Signed this 9 day of November, 2015.

_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:
    Thomas P. Rydzy                  Case No. 09-13300
    Patricia R. Rydzy,                Chapter 13
                Debtors.

**CONDITIONAL ORDER GRANTING TRUSTEE'S MOTION TO DISMISS**

Upon the Motion of the Chapter 13 Standing Trustee, Andrea E. Celli for an Order pursuant to 11 U.S.C. Section 1307(c) dismissing the above captioned Chapter 13 case based upon infeasibility of the debtors' plan and the plan being over term (the "Motion") and a hearing on said Motion having been had on the 5th day of November, 2015, and Andrea Celli, Chapter 13 Trustee having appeared in support of said Motion, and the debtors' counsel, Michael J. Toomey, Esq., having responded to the Motion and in support of allowing the debtors a limited period of time to address the Motion and the

Trustee having agreed to the same on the terms and conditions set forth herein, and, the Court having given due deliberation thereto, it is hereby

ORDERED, the debtors shall complete payment under their plan or file and serve a motion seeking additional time to complete payment under the plan on or before December 30, 2015, and it is further

ORDERED that in the event the debtors have not satisfied the terms of this order as set forth above, then, in that event, the Chapter 13 Trustee may submit for entry, an Ex Parte Order dismissing this Chapter 13 case without further notice or hearing.

###